UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 4:13 CR 143 CDP-6 |
| | ) | |
| REGINALD McNEARY, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

**IT IS HEREBY ORDERED** that the **Hearing on the Petition to Modify Conditions of Supervised Release** in this matter is set for **Wednesday, January 27, 2021 at 3:00 p.m.**  The hearing will take place by video via Zoomgov.  **A summons has issued for Defendant Reginal McNeary's appearance and his attorney, Mr. Paul Sims, is responsible for arranging Mr. McNeary's participation by video.**  Hearing participants received a separate email with a link to join the hearing by Zoom.  Members of the general public who wish to listen in to the hearing are directed to call the following number to participate by phone:  1-669-254-5252, Meeting ID: 160 670 3965.  Pursuant to Local Rule 13.02, all means of photographing, recording, broadcasting, and televising are prohibited in any courtroom, and in areas adjacent to any courtroom, except when authorized by the presiding judge.  This includes proceedings ordered by the Court to be conducted by phone or video.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 13th day of January, 2021.